# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7707

**Case Name** Falcone v. Nestle USA, Inc.

**Hearing Location** (*city*) Pasadena

**Your Name** Paul L. Hoffman

List the sitting dates for the two sitting months you were asked to review:

November 17-21, 2025; December 1-5, 2025 and December 8-12, 2025.

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on November 17-18, 2025, due to a prepaid vacation.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?
○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Paul L. Hoffman     **Date** 07/11/2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**     *New 12/01/2018*